IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GENERAL GRANT BELL,

    Petitioner,

v.                                                    CASE NO. 5:15-cv-95-RS-GRJ

LINDA COOK,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Doc. 1, Petitioner's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Petition stems from Petitioner's Washington County jury-trial conviction for arson, for which he received a 30-year sentence as a prison releasee reoffender.

It is apparent that the Petition is due to be dismissed as successive. Petitioner challenged this same conviction and sentence in a previous habeas corpus case which was adjudicated on the merits and denied. *Bell v. McDonough*, Case No. 5:07-cv-56-RS-AK (N.D. Fla.), Docs. 26, 33. The Court of Appeals granted a certificate of appealability on one issue. *Id*. Doc. 59. After appeal, the Eleventh Circuit affirmed. *Id*. Doc. 64.

To file a second or successive § 2254 petition, Petitioner must first obtain an order from the Court of Appeals authorizing the District Court to consider it. 28 U.S.C. § 2244(b)(3)(A); Rule 9, Rules Governing Section 2254 Cases in the United States District Courts. Absent authorization, the District Court lacks jurisdiction to consider a second or successive petition. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th

Cir.2003) (addressing a successive motion to vacate under 28 U.S.C. § 2255).  There is nothing in the Petition that reflects that Petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition.  Indeed, Petitioner previously requested the Eleventh Circuit for leave to file a successive Petition, which was denied.  *Id*. Doc. 66.  Thus, this Court lacks the authority to entertain Petitioner's claims.  This conclusion should not come as a surprise to Petitioner, given that he has also attempted to file two successive Petitions in this Court, both of which were dismissed for lack of jurisdiction.  *Grant v. McNeil*, Case No. 5:10-cv-267-RS-EMT; *Grant v. Secretary, Department of Corrections*, Case No. 5:11-cv-309-MP-EMT.

Section 2254 Rule 11(a) provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant," and if a certificate is issued "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)."  A timely notice of appeal must still be filed, even if the court issues a certificate of appealability. Rule 11(b), Rules Governing Section 2254 Cases.

The undersigned finds no substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000). Therefore, the undersigned recommends that the district court deny a certificate of appealability in its final order.

Rule 11(a) also provides: "Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue."  Thus, if there is

an objection to this recommendation by either party, that party may bring this argument to the attention of the district judge in the objections permitted to this report and recommendation.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be **DISMISSED,** that a COA be **DENIED,** and that all pending motions be terminated.

**IN CHAMBERS** this 7th day of May, 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**