IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GENERAL GRANT BELL,**

      Petitioner,

v.                                                  Case No.  5:15cv95-MW/GRJ

**LINDA COOK,**
**Clerk of Court,**

      Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Petitioner has filed a Response to this Court's Order on Case Status, ECF No. 10, indicating Petitioner will not file an objection to the Magistrate Judge's report.  ECF No. 11.   Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** as a successive petition.  A certificate of appealability is **DENIED**.  All pending motions are

1

**terminated**." The Clerk shall close the file.

**SO ORDERED on June 29, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
